UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| COREY CHRIVIA,<br><br>    Plaintiff,<br><br>v.<br><br>KATLIN REED, *et al*.,<br><br>    Defendants. | Case No. 25-11174<br>Honorable Denise Page Hood<br>Magistrate Judge Elizabeth A. Stafford |

# ORDER TO CLARIFY DEFENDANT MELINDA RUSSELL'S EMPLOYMENT STATUS

Pro se Plaintiff Corey Chrivia filed this prisoner civil rights case under 42 U.S.C. § 1983, suing several defendants. The docket reflects that all defendants have been served and appeared in this case, except Defendant Melinda Russell. Chrivia's complaint states that Russell "is employed as a medical provider" at the Woodland Center Correctional Facility in Whitmore Lake, Michigan. ECF No. 1, PageID.3.

The U.S. Marshall sent a request to waive service form to Russell at the Woodland Center Correctional Facility (ECF No. 11, PageID.51) but no executed waiver has been filed as to Russell.

The Court **ORDERS** counsel for the Michigan Department of Corrections (MDOC) defendants to clarify, in writing, no later than December 29, 2025, whether Russell is currently employed at the Woodland Center Correctional Facility, or any other MDOC facility.

**IT IS SO ORDERED.**

                                            s/Elizabeth A. Stafford
                                            ELIZABETH A. STAFFORD
                                            United States Magistrate Judge

Dated: December 10, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

  The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 10, 2025.

            s/Davon Allen
            DAVON ALLEN
            Case Manager