UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| COREY CHRIVIA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KATLIN REED, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 25-11174<br>Honorable Denise Page Hood<br>Magistrate Judge Elizabeth A. Stafford |

### ORDER FOR U.S. MARSHALL
### TO SERVE DEFENDANT RUSSELL

Plaintiff Corey Chrivia, proceeding pro se and in forma pauperis, sues several officials of the Woodland Center Correctional Facility (WCC), including Defendant Melinda Russell. ECF No. 1, PageID.3. The U.S. Marshal Service acknowledged receiving Notice of Lawsuit and Request to Waive Service of Summons forms for all defendants, including Russell. ECF No. 11, PageID.51. Afterwards, waivers of service were filed and counsel appeared for all defendants but Russell. ECF No. 12 to ECF No. 18. But the Michigan Department of Corrections confirms that Russell is still employed at the WCC and can be served there. ECF No. 38.

The Court thus **ORDERS** the U.S. Marshal to, by January 5, 2026, serve (or reserve) a copy of the Notice of Lawsuit and Request to Waive Service of Summons form for Russell found at ECF No. 11, PageID.51.

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

Dated: December 18, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 18, 2025.

                                      <u>s/Davon Allen</u>
                                      DAVON ALLEN
                                      Case Manager