UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| COREY CHRIVIA,<br><br>Plaintiff,<br><br>v.<br><br>KATLIN REED, *et al.*,<br><br>Defendants. | Case No. 25-11174<br>Honorable Denise Page Hood<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL REPLY TO COMPLAINT
(ECF NO.  51)**

## I.    Introduction and Background

Corey Chrivia, prisoner proceeding pro se, sues seven Michigan Department of Corrections (MDOC) employees and an outside medical provider under 42 U.S.C. § 1983 and state law.  The Honorable Denise Page Hood referred the matter to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 23.  Chrivia moves to compel defendants to file answers to his complaint under 42 U.S.C. § 1997e(g)(1).  ECF No. 51.  The Court **GRANTS** the motion and orders defendants to reply to the complaint.

1

## II.    Analysis

Under the Prison Litigation Reform Act, a defendant sued by a prisoner under § 1983 need not answer a complaint, but "[t]he court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits." 42 U.S.C. § 1997e(g).  Chrivia moves for an order requiring defendants to reply to his complaint, noting that his complaint survived initial screening and asserting that he has shown a reasonable opportunity to prevail on the merits of his claims.  ECF No. 51.  This Court also recommended that the MDOC defendants' motion for summary judgment, alleging failure to exhaust administrative remedies, be denied and issued a scheduling order. ECF No. 35; ECF No. 49.  Thus, Chrivia has a reasonable opportunity to prevail on the merits of his claims.[1]

## III.    Conclusion

The Court **GRANTS** Chrivia's motion and **ORDERS** that defendants must reply to the complaint no later than **June 3, 2026**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD

---

[1] The MDOC defendants oppose the motion and assert that Chrivia cannot obtain a default judgment against them.  ECF No. 54, PageID.349.  But Chrivia does not request entry of a default judgment.

United States Magistrate Judge

Dated: May 22, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 22, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager

3