UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| COREY CHRIVIA,<br><br>Plaintiff,<br><br>v.<br><br>KATLIN REED, *et al*.,<br><br>Defendants. | Case No. 25-11174<br>Honorable Denise Page Hood<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER DENYING THIRD AND FOURTH MOTIONS TO APPOINT COUNSEL WITHOUT PREJUDICE
### (ECF NOS. 61 & 62)

Plaintiff Corey Chrivia moves a third and fourth time for appointment of counsel.  ECF No. 61; ECF No. 62.  In August 2025 and December 2025, the Court denied his earlier motions for appointment of counsel without prejudice, reasoning that Chrivia has not shown exceptional circumstances meriting appointment of counsel during this pretrial stage. ECF No. 24; ECF No. 41.  This conclusion has not changed.  Thus, Chrivia's third and fourth motions to appoint counsel are **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: June 18, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file

objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The

district judge may sustain an objection only if the order is clearly erroneous

or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a**

**magistrate judge's ruling on a non-dispositive motion, the ruling**

**remains in full force and effect unless and until it is stayed by the**

**magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel
of record and any unrepresented parties via the Court's ECF System to
their email or First Class U.S. mail addresses disclosed on the Notice of
Electronic Filing on June 18, 2026.

s/Caitlin Shrum

CAITLIN SHRUM
Case Manager