UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| COREY CHRIVIA,<br><br>Plaintiff,<br><br>v.<br><br>KATLIN REED, *et al.*,<br><br>Defendants. | Case No. 25-11174<br>Honorable Denise Page Hood<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING DEFENDANTS LEAVE TO FILE EXCESS PAGES AND VIDEO EXHIBIT (ECF NOS. 73, 74)**

Defendants seek leave to exceed the page limit in their forthcoming summary judgment brief. ECF No. 73. They indicate that their summary judgment brief is 32 pages, exceeding the 25-page limit by 7 pages. *Id.*, PageID.504; *see* E.D. Mich. L.R. 7.1(d)(3)(A). Due to the number of defendants, claims, and issues raised in the complaint, the Court **GRANTS** defendants leave to exceed the page limit in their forthcoming summary judgment brief.

Defendants also seek leave to file a video exhibit to support their motion for summary judgment. ECF No. 74. The Court **GRANTS** the motion and orders them to meet the below requirements when uploading a

media file:

1. Defendants must indicate a timestamp citation for each instance where the exhibit is referenced in the paper under R6.

2. All audible portions of the media file shall be transcribed and submitted in written form as an exhibit e-filed in the usual manner.

3. Because of storage limitations, defendants are directed to limit the size of the media file to the minimum necessary to support his position and to not file any media files duplicative of those already filed. Instead, defendants are instructed to include a timestamp citation and reference to the previously uploaded exhibit.

4. The Court will not accept any media file that has proprietary security features or codecs requiring additional files, software, applications, or plug-ins to successfully view the file. Any files received that cannot be viewed by the Court will need to be reformatted and resubmitted.

5. Defendants shall serve copies of the media files on opposing counsel in accordance with applicable federal and local rules.

**IT IS SO ORDERED**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: September 15, 2026

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 15, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager